# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIHAD ANTHONY ZOGHEIB,<br><br>Defendant. | Case No. 16-cr-057-LRH-VCF<br><br>**PROPOSED ORDER** |

ORDER

Based on the pending Motion of counsel, and good cause appearing therefore, the Court finds that is in the best interest of justice by allowing Mr. Zogheib additional time to review discovery on the computers at the Nevada Southern Detention Center, up to four hours a day.

DATED this 20 day of April 2016.

_____
UNITED STATES MAGISTRATE JUDGE

**CAM FERENBACH**
**U.S. MAGISTRATE JUDGE**



FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 0 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

3