# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JIHAD ANTHONY ZOGHEIB,<br><br>　　　　　Defendant. | 2:16-cr-00057-LRH-VCF<br>**ORDER** |

Before the court are Defendant's Motion to Dismiss Counts 1, 3, 4, 5, 6, 7, 8 and 10 of the Superseding Indictment (ECF No. 32) and Motion to Compel Pretrial Discovery or in the Alternative a Motion to Order the IRS to Release Tax Returns (ECF No. 33).

IT IS HEREBY ORDERED that any opposition to the Motion to Dismiss (ECF No. 32) and Motion to Compel (ECF No. 33) must be filed on or before June 23, 2016. Any replies in support of the motion to dismiss (ECF No. 32) and motion to compel (ECF No. 33) must be filed on or before June 30, 2016.

DATED this 17th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE