

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JIHAD ANTHONY ZOGHEIB,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:16-cr-00057-LRH-VCF<br><br>ORDER |

　　　Before this Court is the Report and Recommendation of U.S. Magistrate Judge Cam Ferenbach (ECF No. 42) entered on July 6, 2016, recommending denying defendant's Motion to Dismiss (ECF No. 32) entered on June 10, 2016. On July 20, 2016, defendant filed his objections (ECF No. 47) and on August 4, 2016, the government filed its Response in Opposition to Defendant Zogheib's Objection (#46) to Report and Recommendation (#43) on Motion to Dismiss (#32) (ECF No. 50).

　　　The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　The Court has conducted its *de novo* review in this case, has fully considered defendant's objections, the response of the government, and the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's

Report and Recommendation (ECF No. 42) entered on July 6, 2016, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 42) entered on July 6, 2016, is adopted and accepted, and defendant's Motion to Dismiss (ECF No. 32) is DENIED.

IT IS SO ORDERED.

DATED this 15 day of August, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE