# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIHAD ANTHONY ZOGHEIB,<br><br>Defendant. | 2:16-CR-057-LRH-VCF<br><br>**Final Order of Forfeiture** |

This Court found that Jihad Anthony Zogheib shall pay the in personam criminal forfeiture money judgment of $815,475 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Superseding Indictment, ECF No. 23; Memorandum in Support of Guilty Plea without Plea Agreement, ECF No. 132; Change of Plea, ECF No. 140; Preliminary Order of Forfeiture, ECF No. 142.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $815,475 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jihad Anthony Zogheib the in personam criminal forfeiture money judgment of $815,475 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED ____October 17____, 2019.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE