UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00057-LRH-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JIHAD ANTHONY ZOGHEIB, | |
| Defendant. | |

The United States has filed an emergency motion to strike (ECF No. 204) defendant Jihad Anthony Zogheib's motion to correct or reduce his sentence (ECF No. 202). The government states that it filed its motion on an emergency basis because the deadline to respond to Zogheib's motion would pass prior to the resolution of the motion to strike. (ECF No. 204 at 2). Accordingly, the Court will **STAY** the briefing schedule for Zogheib's motion until it issues a ruling on the government's motion to strike. Zogheib has until **Friday, November 8, 2019**, to file a response to the government's motion to strike, and the government has until **Tuesday, November 12, 2019**, to file a reply.

In addition to the government's motion to strike and Zogheib's motion to correct or reduce his sentence, Zogheib's counsel of record, Richard J. Pocker, has filed a motion to withdraw as counsel for Zogheib. (ECF No. 203). Because Mr. Pocker is well versed in the issues surrounding Zogheib's sentencing, the Court will consider Mr. Pocker's motion to withdraw following resolution of the two pending motions concerning Zogheib's sentence.

IT IS SO ORDERED.

DATED this 29th day of October, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1