UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00057-LRH-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JIHAD ANTHONY ZOGHEIB, | |
| Defendant. | |

Court Reporter Margaret Greiner is requested to prepare and file transcripts of the following:

Defendant's Sentencing Hearing on October 16, 2019.

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 31st day of October, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE