UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00057-LRH |
| Plaintiff, | ORDER |
| v. | |
| JIHAD ANTHONY ZOGHEIB, | |
| Defendant. | |

Before the Court is Defendant Jihad Anthony Zogheib's ("Zogheib") motion "for order directing probation office to disclose confidential information." (ECF No. 244). Specifically, Zogheib asks the Court to direct the Probation Office to disclose to defense counsel a copy of all revocation reports from a prior federal criminal case. *See* Case No. 2:05-cr-00259-BES-RJJ. The government filed a notice of non-opposition. (ECF No. 25).

Pertinent to the Court in the original sentencing were the underlying facts associated with Zogheib's prior federal criminal case. Case No. 2:05-cr-00259-BES-RJJ. However, according to an affidavit of current defense counsel, records of that case are normally confidential and therefore being withheld by the Probation Office. Defense counsel requests their disclosure by order of this Court.

Disclosure of records of the United States Probation Office is governed by the local rules of practice of the District of Nevada. LCR 32-2. The rules permit any district court judge, with supporting documents accompanied by an affidavit, to order the disclosure of probation records. LCR 32-2(c). After a review of defense counsel's supporting affidavit, the Court finds, in

1  accordance with the local rules, the relevance of the records held by probation for the upcoming
2  sentencing hearing.
3      IT IS THEREFORE ORDERED that the Probation Office release a copy of all violation
4  reports in Case No. 2:05-cr-00259-BES-RJJ to defense counsel Jamie Resch and to counsel for the
5  Government in this case.
6      IT IS SO ORDERED.
7      DATED this 11th day of August, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE