# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIHAD ANTHONY ZOGHEIB,<br><br>　　　　　Defendant. | 2:16-CR-057-LRH-VCF<br><br>**Amended Final Order of Forfeiture** |

　　This Court found that Jihad Anthony Zogheib shall pay the in personam criminal forfeiture money judgment of $815,475 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Superseding Indictment, ECF No. 23; Memorandum in Support of Plea, ECF No. 132; Change of Plea, ECF No. 140; Preliminary Order of Forfeiture, ECF No. 142.

　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　The in personam criminal forfeiture money judgment amount of $815,475 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

　　THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jihad Anthony Zogheib the in personam criminal forfeiture money judgment of $815,475 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

/ / /

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED October 12, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE