1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                            DISTRICT OF NEVADA

10                                    * * *

11    UNITED STATES OF AMERICA,              Case No. 2:16-cr-00057-LRH-VCF

12                          Plaintiff,       ORDER

13          v.

14    JIHAD ANTHONY ZOGHEIB,

15                          Defendant.

16

17          Defendant Jihad Anthony Zogheib has filed a motion for a copy of the docket sheet and to

18    waive any fee associated with this request due to his indigence and inability to pay (ECF. No. 277).

19          IT IS THEREFORE ORDERED that Defendant Jihad Anthony Zogheib's motion for a

20    copy of the docket sheet and waiver of any fee associated with this request (ECF No. 277) is

21    **GRANTED**.

22          IT IS FURTHER ORDERED that the Clerk shall send one copy of the docket sheet to

23    Defendant at his address of record.

24          DATED this 18th day of January 2023.

25

26                                          _____
                                            LARRY R. HICKS
27                                          UNITED STATES DISTRICT JUDGE

28

                                              1